UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-31753 |
|---|---|
| ANITA K PENNINGTON | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 10,002 | REGIONAL ACCEPTANCE CORP<br>BANKRUPTCY SEC 100-50-01-51<br>BOX 1847<br>WILSON, NC  27894 | 474.82 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/11/2010

Certificate of Service   06-31753

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

ANITA K PENNINGTON
1974 N. PREBLE COUNTY LIN
NEW LEBANON, OH  45345

JEFFREY P ALBERT
4403 N MAIN ST
DAYTON, OH  45405

(38.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(34.1n)
CHRISTOPHER A CONLEY
1608 CARTER AVE
BOX 1862
ASHLAND, KY  41105

(33.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(10002.1)
REGIONAL ACCEPTANCE CORP
BANKRUPTCY SEC 100-50-01-51
BOX 1847
WILSON, NC  27894

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    cs